DAVID C. MCELHINNEY, ESQ.
State Bar No. 0033
MICHAEL MCCUE, ESQ.
State Bar No. 006055
BRIAN D. BLAKLEY, ESQ.
State Bar No. 13074
Lewis Roca Rothgerber Christie LLP
One East Liberty Street, Suite 300
Reno, NV 89501-2128
Tel: 775.823.2900
Fax: 775.823.2929
dmcelhinney@lrrc.com
mmccue@lrrc.com
bblakley@lrrc.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBELL WINDOW SYSTEMS INC., a Nevada corporation,<br><br>*Plaintiff,*<br><br>vs.<br><br>DABELLA EXTERIORS, LLC, an Oregon limited liability company; and DAMSELFLY IMPROVEMENT, LLC d/b/a/ DaBella, an Oregon limited liability company,<br><br>*Defendants.* | Case No. 3:20-cv-00420-MMD-WGC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, DEBELL WINDOW SYSTEMS, INC., and Defendants, DABELLA EXTERIORS, LLC and DAMSELFLY IMPROVEMENT, LLC d/b/a DaBella, stipulate to the dismissal with prejudice of all claims and defenses, which were brought or could

/ / /

/ / /

/ / /

/ / /

1
113226542.1

have been brought in the above-styled case, each party to bear its own attorney's fees and costs.

DATED this 7th day of January, 2021.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | BERENSON, LLP |
|---|---|
| By: /s/ David C. McElhinney<br>DAVID C. MCELHINNEY, NV Bar No. 0033<br>MICHAEL MCCUE, NV Bar No. 006055<br>BRIAN D. BLAKLEY, NV Bar No. 13074<br>One East Liberty Street, Ste. 300<br>Reno, Nevada 89501 | By: /s/ Diane J. Zelmer, Esq.<br>Diane J. Zelmer, Florida Bar No. 27251<br>(*Admitted Pro Hac Vice*)<br>4495 Military Trail, Ste. 203<br>Jupiter, FL 33458<br>Telephone: 561-429-4496 |
| *Attorneys for Plaintiff* | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>Matthew D. Francis, NV Bar No. 6978<br>Arthur A. Zorio, NV Bar No. 6547<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Tel: 775-324-4100<br>Fax: 775-333-8171<br><br>*Attorneys for Defendants* |

## ORDER

Pursuant to the Joint Stipulation entered by Plaintiff DeBell Window Systems, Inc., and Defendants DaBella Exteriors, LLC, and Damselfly Improvement, LLC, by and through their counsel of record, and good cause appearing;

IT IS HEREBY ORDERED that the above-titled action is dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: January 7, 2021

113226542.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS ROCA ROTHGERBER CHRISTIE LLP and that on January 7th, 2021, I e-filed a true and correct copy of the foregoing **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court through the Court's CM/ECF electronic filing system and notice will be sent electronically by the Court to the following:

Matthew D. Francis, NV State Bar: 6978
Arthur A. Zorio, NV State Bar: 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel: 775-324-4100
Fax: 775-333-8171
mfrancis@bhfs.com
azorio@bhfs.com

Diane J. Zelmer
Florida Bar No. 27251
(*Admitted Pro Hac Vice*)
BERENSON, LLP
4495 Military Trail, Ste. 203
Jupiter, FL 33458
Telephone: 561-429-4496
djz@berensonllp.com

*Attorneys for Defendants*

DATED this 7th day of Janaury, 2021.

/s/ Dawn M. Hayes
an Employee of Lewis Roca Rothgerber Christie LLP